UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMERSON EQUITY, LLC,

Plaintiff(s),

v.

Defendant(s).

Case No. 4:22-cv-06037-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

I, Stefan R. Dandelles, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Forge, Volante and Antares in the above-entitled action. My local co-counsel in this case is Louis H. Castoria, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 95768.

30 North LaSalle St., Suite 1700
Chicago, IL 60602
MY ADDRESS OF RECORD

425 California St., Suite 2100 San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(312) 646-6742
MY TELEPHONE # OF RECORD

(415) 926-7638
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sdandelles@kdvlaw.com
MY EMAIL ADDRESS OF RECORD

lcastoria@kdvlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6244438.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2022

Stefan R. Dandelles
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stefan R. Dandelles is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/21/2022

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# ATTACHMENT 1



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
10/13/2022

Re: Stefan Roane Dandelles
Attorney No. 6244438

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Stefan Roane Dandelles was admitted to practice law in Illinois on 8/18/1998; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
10/13/2022

Re: Stefan Roane Dandelles
Attorney No. 6244438

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Stefan Roane Dandelles was admitted to practice law in Illinois on 8/18/1998; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar