1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EMERSON EQUITY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FORGE UNDERWRITING LIMITED, an unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:22-cv-06037-HSG<br><br>**ORDER GRANTING STIPULATION FOR BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6))**<br><br>Judge:  Hon. Haywood S. Gilliam<br>Dept.:   Courtroom 4, Oakland Courthouse<br><br>Complaint Filed: September 12, 2022<br>(San Mateo County Superior Court)<br>Complaint Served: September 15, 2022<br>**Notice of Removal: October 13, 2022**<br><br>Filed Concurrently:<br>1. Stipulation re Briefing Schedule |

## ORDER RE: STIPULATION FOR BRIEFING SCHEDULE

Having considered the parties' Stipulation to Set a Briefing Schedule on Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6) ("Motion to Dismiss"), and good cause appearing, the Stipulation is hereby GRANTED.

Plaintiff Emerson Equity LLC will have until and including **December 2, 2022** to file an Opposition to the Motion to Dismiss.

Defendants Forge Underwriting Limited, Volante International Limited, and Certain Underwriters At Lloyd's London Subscribing To Securities Broker/Dealer Professional Liability Insurance Policy No. B074021F3121 ("Defendants") shall have until and including **December 23, 2022** to file a Reply in support of the Motion to Dismiss.

**IT IS SO ORDERED.**

Date: 11/3/2023

*Haywood S. Gill Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California