# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EMERSON EQUITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORGE UNDERWRITING LIMITED, and unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:22-CV-06037-HSG<br><br>Complaint Filed:  April 23, 2015<br><br>**ORDER GRANTING STIPULATION TO SET DEADLINE OF JANUARY 13, 2023 FOR DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) (AS MODIFIED)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, Oakland Courthouse<br>Complaint Filed:  September 12, 2022<br>(San Mateo County Superior Court)<br>Complaint Served:  September 15, 2022<br>**Notice of Removal:  October 13, 2022** |

THIS MATTER is before the Court on Plaintiff Emerson Equity, LLC's and Defendants Forge Underwriting Limited, Volante International Limited, and Lloyd's syndicate AUL 1274's Stipulation to Set Deadline of January 13, 2023 for Defendants' Reply in Further Support of Their Motion to Dismiss Pursuant to FRCP 12(b)(6). Good cause appearing,

**THE STIPULATION IS HEREBY GRANTED.** The Court hereby sets the deadline of January 13, 2023 for Defendants to file a Reply in Further Support of Their Motion to Dismiss. The initial case management conference, previously set for January 24, 2023, is continued to February 23, 2023, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA to be held along with the hearing on the motion to dismiss.

DATED:  1/5/2023

*/s/ Haywood S. Gilliam, Jr.*
The Hon. Haywood S. Gilliam, Jr.
United States District Judge