1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EMERSON EQUITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORGE UNDERWRITING LIMITED, and unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:22-CV-06037-HSG<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, Oakland Courthouse<br>Complaint Filed:  September 12, 2022<br>(San Mateo County Superior Court)<br>Complaint Served:  September 15, 2022<br>**Notice of Removal:  October 13, 2022** |

THIS MATTER is before the Court on Plaintiff Emerson Equity, LLC's and Defendants Forge Underwriting Limited, Volante International Limited, and Lloyd's syndicate AUL 1274's Stipulation to Stay Action Pending Mediation.

**THE STIPULATION IS HEREBY GRANTED.**

All proceedings in this matter are **STAYED** for a period of one hundred and twenty (120) days. Based on the parties' representation in Dkt. No. 29, the Court expects the mediation to be completed within 30 to 60 days.

//

//

//

1

ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION

1   The parties are **DIRECTED** to submit a joint filing of no more than one page notifying the

2   Court of the date of the mediation once scheduled, and the name and affiliation of the mediator.

3

        IT IS SO ORDERED.

4

5

6   DATED:          1/18/2023

7                                                     Hon. Haywood S. Gilliam, Jr.
                                                      United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2

                ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION