**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| EMERSON EQUITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORGE UNDERWRITING LIMITED, and unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:22-CV-06037-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, Oakland Courthouse<br>Complaint Filed: September 12, 2022<br>(San Mateo County Superior Court)<br>Complaint Served: September 15, 2022<br>**Notice of Removal: October 13, 2022** |

THIS MATTER is before the Court on Plaintiff Emerson Equity, LLC's and Defendants Forge Underwriting Limited, Volante International Limited, and Lloyd's syndicate AUL 1274's Stipulation to Extend Briefing Deadlines on Plaintiff's Motion for Partial Summary Judgment (Dkt. 44). Good cause appearing.

**THE STIPULATION IS HEREBY GRANTED.**

The Court hereby sets the deadline of June 26, 2023 for Defendants to file their Response in Opposition to Plaintiff's Motion for Partial Summary Judgment and sets the deadline of July 12, 2023 for Plaintiff to file its Reply in Further Support of its Motion for Partial Summary Judgment.

DATED: 6/5/2023

_____
The Haywood S. Gilliam, Jr.
United States District Judge

1

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**