UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EMERSON EQUITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORGE UNDERWRITING LIMITED, and unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:22-CV-06037-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR PLAINTIFF'S INITIAL DISCLOSURES AND DEFENDANTS' RESPONSE TO COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, Oakland Courthouse<br>Complaint Filed: September 12, 2022<br>(San Mateo County Superior Court)<br>Complaint Served: September 15, 2022<br>**Notice of Removal: October 13, 2022** |

THIS MATTER is before the Court on Plaintiff Emerson Equity, LLC's and Defendants Forge Underwriting Limited, Volante International Limited, and Lloyd's syndicate AUL 1274's Stipulation to Extend Deadlines for Plaintiff's Initial Disclosures and Defendants' Response to the Complaint. Good cause appearing.

**THE STIPULATION IS HEREBY GRANTED.**

The Court hereby sets the deadline of June 12, 2023 for Plaintiff to make its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and sets the deadline of June 12, 2023 for Defendants to respond to the Complaint.

DATED: 6/8/2023

_/s/ Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Judge