AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Emerson Equity, LLC
                 Plaintiff (s),
V.
Forge Underwriting Limited
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: Case No. 4:22-CV-06037-HSG

Notice is hereby given that, subject to approval by the court, __Emerson Equity, LLC__ substitutes
                                                                                              (Party (s) Name)

__Jeremy J. Osher__, State Bar No. __192109__ as counsel of record in
(Name of New Attorney)

place of __Brandon S. Reif and Rachel D. Dardashti of Reif Law Group P.C.__ .
                                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Boren, Osher & Luftman, LLC |
| Address: | 222 N. Pacific Coast Highway, Suite 2222, El Segundo, CA 90245 |
| Telephone: | (310) 322-2021    Facsimile (310) 322-2228 |
| E-Mail (Optional): | josher@bollaw.com |

I consent to the above substitution.

Date: 11/3/2023

_(Signature of Party (s))_

I consent to being substituted.

Date: 11/3/2023

Brandon S Reif
_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date: 11/3/2023

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/6/2023

Haywood S. Gill Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )   ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and am not a party to this action. My business address is 222 N. Pacific Coast Highway, Suite 2222, El Segundo, CA 90245.

On November 4, 2023, I served the document(s) as described below on interested parties in this action as follows:

**SUBTITUTION OF ATTORNEY**

| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Segundo, California, addressed as set forth below. |
|---|---|
| Louis H. Castoria, Esq<br>Stefan R. Dandelles (Pro Hac Vice)<br>Kaufman Dolowich & Voluck Llp<br>425 California Street, Suite 2100<br>San Francisco, California 94104<br>Email: lcastoria@kdvlaw.com | *Attorney for Defendant Forge Underwriting Limited; Volante International Limited; Certain Underwriters At Lloyd's, London Subscribing to Securities Broker/Dealer Professional Liability Insurance Policy No. B074021F3121* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 4, 2023, at El Segundo, California.

_____
Alejandra Aquino