**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| EMERSON EQUITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORGE UNDERWRITING LIMITED, and unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 4:22-CV-06037-HSG<br><br>**ORDER GRANTING STIPULATION ON DEFENDANTS' MOTION FOR LEAVE TO AMEND (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, Oakland Courthouse<br>Complaint Filed:  September 12, 2022<br>(San Mateo County Superior Court)<br>Complaint Served:  September 15, 2022<br>**Notice of Removal:  October 13, 2022** |

THIS MATTER is before the Court on Plaintiff Emerson Equity, LLC's ("Plaintiff") and Defendants Forge Underwriting Limited, Volante International Limited, and Lloyd's syndicate AUL 1274's (collectively, "Defendants") Stipulation on Defendants' Motion for Leave to Amend to file their Amended Affirmative Defenses and Counterclaim. Good cause appearing.

**THE STIPULATION IS HEREBY GRANTED.**

The Court hereby grants Defendants' Motion for Leave to Amend (Dkt. 68) and allows Defendants to file their Amended Affirmative Defenses and Counterclaim.

DATED:  11/21/2023

*/s/ Haywood S. Gilliam, Jr.*
The Haywood S. Gilliam, Jr.
United States District Judge