UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON EQUITY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORGE UNDERWRITING LIMITED, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-06037-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on January 9, 2024. Having considered the parties' proposals, *see* Dkt. No. 86, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings Deadline | March 8, 2024 |
| Close of Fact Discovery | July 26, 2024 |
| Exchange of Opening Expert Reports | July 26, 2024 |
| Exchange of Rebuttal Expert Reports | August 23, 2024 |
| Close of Expert Discovery | September 13, 2024 |
| Dispositive Motion Hearing Deadline | November 14, 2024, at 2:00 p.m. |
| Pretrial Conference | February 4, 2025, at 3:00 p.m. |
| Jury Trial (4 days) | February 24, 2025, at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3  terminates Dkt. No. 86.

4  **IT IS SO ORDERED.**

5  Dated:   1/29/2024

   _____
   HAYWOOD S. GILLIAM, JR.
   United States District Judge