UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EMERSON EQUITY, LLC, | Case No. 22-cv-06037-HSG |
|---|---|
| Plaintiff, | **ORDER TAKING THE PENDING MOTION TO ENFORCE MSJ ORDER UNDER SUBMISSION** |
| v. | |
| FORGE UNDERWRITING LIMITED, et al., | Re: Dkt. No. 90 |
| Defendants. | |

Before the Court is Plaintiff's motion to enforce the Court's order granting partial summary judgment. Dkt. No. 90. The Court takes the pending motion under submission. The hearing previously scheduled for March 21, 2024 at 2:00 pm is vacated. The Court will issue a written order.

The Court is weary of the manner in which the parties are litigating (and overlitigating) what should be a straightforward insurance coverage case. From the start, the case has been characterized by a tiresome level of acrimony and bickering, as well as a failure to know and follow the Court's rules. *See, e.g.,* Dkt. Nos. 61 and 81 at fn. 2. These persistent problems are not normal in the Court's experience, and they are unduly consuming the Court's scarce resources. The Court demands the highest level of professionalism from counsel, and expects all counsel in this case to recommit to meeting that standard in all respects.

**IT IS SO ORDERED.**

Dated: 3/20/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge