UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMERSON EQUITY, LLC         ,

Plaintiff(s),

v.

FORGE UNDERWRITING LIMITED, et al.    ,

Defendant(s).

Case No.   4:22-cv-06037-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Brendan McGarry____, an active member in good standing of the bar of ____Supreme Court of Illinois____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Forge, Volante, Antares Sydicate in the above-entitled action. My local co-counsel in this case is Louis Harrison Castoria____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ____95768____.

30 N. LaSalle Street, Suite 1700
Chicago, Illinois 60602
────────────────────────
MY ADDRESS OF RECORD

312-759-1400
────────────────────────
MY TELEPHONE # OF RECORD

bmcgarry@kaufmandolowich.com
────────────────────────
MY EMAIL ADDRESS OF RECORD

425 California, Street, Suite 2100
San Francisco, California 94104
────────────────────────
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-926-7638
────────────────────────
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lcastoria@kaufmandolowich.com
────────────────────────
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ____6290175____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____0____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 04/03/2024                                    Brendan McGarry

5                                                                            APPLICANT

6

7

8                              ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Brendan McGarry          is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____4/3/2024_____

16

17    _____

18    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Brendan Patrick McGarry

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of February, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois