# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EMERSON EQUITY, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>FORGE UNDERWRITING LIMITED, and unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive,<br><br>    Defendants/Counter-Plaintiffs. | Case No. 4:22-CV-06037-HSG<br><br>(Assigned to Hon. Haywood S. Gilliam, Jr., Courtroom 2, Oakland Courthouse)<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND SCHEDULING ORDER** |

THIS MATTER is before the Court on Plaintiff Emerson Equity, LLC's ("Plaintiff") and Defendants Forge Underwriting Limited, Volante International Limited, and Lloyd's syndicate AUL 1274's (collectively, "Defendants"), Stipulated Request to Extend Scheduling Order. Good cause appearing.

**THE STIPULATION IS HEREBY GRANTED.**

The Court hereby sets the Case Schedule as follows:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | September 27, 2024 |
| Plaintiff's Expert Disclosures and Report | September 27, 2024 |
| Defendants' Rebuttal Expert Disclosures and Report | October 25, 2024 |
| Close of Expert Discovery | November 15, 2024 |
| Dispositive Motion Hearing Deadline | January 16, 2025, at 2:00 p.m. |
| Pretrial Conference | April 15, 2025, at 3:00 p.m. |
| Jury Trial (4 days) | May 5, 2025, at 8:30 a.m. |

DATED: _____7/1/2024_____

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge