**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| EMERSON EQUITY, LLC, | Case No. 4:22-CV-06037-HSG |
| Plaintiff/Counter-Defendant, | (Assigned to Hon. Haywood S. Gilliam, Jr., Courtroom 2, Oakland Courthouse) |
| v. | |
| FORGE UNDERWRITING LIMITED, an unknown entity; VOLANTE INTERNATIONAL LIMITED, an unknown entity; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SECURITIES BROKER/DEALER PROFESSIONAL LIABILITY INSURANCE POLICY NO. B074021F3121, an unknown entity; and DOES 1-10 inclusive, | **ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY** |
| Defendants/Counter-Plaintiffs. | |

THIS MATTER is before the Court on Defendants Forge Underwriting Limited, Volante International Limited, and Lloyd's syndicate AUL 1274's (collectively, "Defendants") Administrative Motion to Strike Plaintiff's Response in Opposition to the Defendants' Motion for Limited Extension of Fact Discovery. Good cause appearing,

**THE MOTION IS HEREBY DENIED.**

DATED: 9/18/2024

The [Honorable Haywood S. Gilliam, Jr.]
United [States District Judge]

*DENIED — Judge Haywood S. Gilliam Jr. (stamp)*